OFFICIAL NOTICE FROM COURT OF CRIMINAL APPEALS OF TEXAS
P.O. BOX 12308, CAPITOL STATION, AUSTIN, TEXAS 78711

**OFFICIAL BUSINESS
STATE OF TEXAS
PENALTY FOR
PRIVATE USE**

ZIP 78701 $ 000.27
02 1W
0001401623 AUG. 20. 2015

8/17/2015
**MARTINEZ, FERNANDO** Tr. Ct. No. 832556-A          **WR-83,753-01**
On this day, the application for 11.07 Writ of Habeas Corpus has been received
and presented to the Court.

Abel Acosta, Clerk

FERNANDO MARTINEZ
ETOWAH COUNTY DETENTION CENTER
827 FORREST AVE.
GADSDEN, AL  35901

REF

I3B 35901